AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

See Attached Penalty Sheet

☒ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY:
6 months in jail
$5,000 fine
$10 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 16 9:43
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA
MAG

**DEFENDANT - U.S**
▸ DARLINGTON U. OKEGBEDURU

DISTRICT COURT NUMBER
CR 08  0465

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY THOMAS

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▸ 6/21/08

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▸ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▸ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## Penalty Sheet – U.S. v. Darlington U. Okegbeduru

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor)

Maximum Penalties
Maximum Prison Term: 6 months
Maximum Fine: $5,000
Special Assessment: $10

COUNT TWO: 18 U.S.C. § 13 - Assimilating California Vehicle Code § 20002(a) - Leaving the Scene of an Accident (Class B Misdemeanor)

Maximum Penalties
Maximum Prison Term: 6 months
Maximum Fine: $5,000
Special Assessment: $10

COUNT THREE: 36 C.F.R. § 1004.22(b)(3) - Unsafe Operation of a Motor Vehicle (Class B Misdemeanor)

Maximum Penalties
Maximum Prison Term: 6 months
Maximum Fine: $5,000
Special Assessment: $10

COUNT FOUR: 36 C.F.R. § 1004.23(c)(2) - Refusal to Submit to Chemical Testing (Class B Misdemeanor)

Maximum Penalties
Maximum Prison Term: 6 months
Maximum Fine: $5,000
Special Assessment: $10

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT       MAG
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,          )   CR 08           0465
12          Plaintiff,                 )
                                       )   VIOLATIONS: 36 C.F.R. §1004.23(a)(1)
13                                     )   - Operating a Motor Vehicle Under the
                                       )   Influence of Alcohol (Class B
14      v.                             )   Misdemeanor); 18 U.S.C. § 13,
                                       )   Assimilating Cal. V.C. § 20002(a) -
15                                     )   Leaving the Scene of an Accident (Class B
    DARLINGTON U. OKEGBEDURU,          )   Misdemeanor); 36 C.F.R. § 1004.22(b)(3)
16                                     )   - Unsafe Operation of a Motor Vehicle
            Defendant.                 )   (Class B Misdemeanor); 36 C.F.R. §
17                                     )   1004.23(c)(2) - Refusal to Submit to
                                       )   Chemical Testing (Class B Misdemeanor)
18                                     )
                                       )   SAN FRANCISCO VENUE
19  _____)

20
                              I N F O R M A T I O N
21
22  The United States Attorney charges:

23  COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence
24              of Alcohol (Class B Misdemeanor)

25      On or about June 21, 2008, in the Northern District of California, within the boundaries

26  of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the

27  United States, the defendant,

28                      DARLINGTON U. OKEGBEDURU,

    INFORMATION

1  was operating and in actual physical control of a motor vehicle while under the influence of
2  alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36,
3  Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

5  COUNT TWO:  18 U.S.C. § 13, Assimilating Cal. V.C. § 20002(a) - Leaving the Scene of an
                Accident (Class B Misdemeanor)

7  On or about June 21, 2008, in the Northern District of California, within the boundaries
8  of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the
9  United States, the defendant,

10                          DARLINGTON U. OKEGBEDURU,
11 drove a vehicle, to wit: one Jeep Cherokee (CA Plate # 3XZE109), involved in an accident
12 resulting only in damage to property, to wit: one Ford Mustang (CA Plate # 3JQS918) and
13 one Chevrolet Cavalier (CA Plate # 6DBH336), and failed to immediately stop the vehicle at
14 the nearest safe location; failed to locate and notify the owner and person in charge of the
15 damaged property of the defendant's name, address, and vehicle registration; and failed to
16 leave in a conspicuous place on the damaged property a written notice giving the name and
17 address of the defendant along with a statement of the circumstances, in violation of Title 18,
18 United States Code, Section 13, assimilating California Vehicle Code Section 20002(a), a
19 Class B Misdemeanor.

21 COUNT THREE:  36 C.F.R. § 1004.22(b)(3) - Unsafe Operation of a Motor Vehicle (Class B
                  Misdemeanor)

23 On or about June 21, 2008, in the Northern District of California, within the boundaries
24 of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the
25 United States, the defendant,

26                          DARLINGTON U. OKEGBEDURU,
27 while operating a motor vehicle, failed to maintain that degree of control of a motor vehicle
28 necessary to avoid danger to persons, property, and wildlife, in violation of Title 36, Code of

INFORMATION

1 | Federal Regulations, Section 1004.22(b)(3).

3 | COUNT FOUR: 36 C.F.R. § 1004.23(c)(2) - Refusal to Submit to Chemical Testing (Class Misdemeanor)

On or about June 21, 2008, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the United States, the defendant,

DARLINGTON U. OKEGBEDURU,

refused the request and direction of an authorized person to submit to a test of blood and breath for the purpose of determining the defendant's blood alcohol content when the authorized person had probable cause to believe the defendant was under the influence of alcohol, in violation of Title 36, Code of Federal Regulations, Section 1004.23(c)(2).

DATED: July 15, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION