1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant OKEGBEDURU

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,           )    No. CR 08-0465 MAG (BZ)
                                       )
12           Plaintiff,                )    **STIPULATION AND [PROPOSED]**
                                       )    **ORDER TO CONTINUE HEARING**
13      vs.                            )
                                       )
14 DARLINGTON U. OKEGBEDURU,           )
                                       )
15           Defendant.                )
   _____)
16

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the status hearing in the above-captioned matter, presently

19 scheduled for Wednesday, August 20, 2008, at 1:30 p.m. be continued to September 24, 2008, at

20 1:30 p.m. The reason for the continuance is that defense counsel will be out of the office on leave

21 on the date presently set.

22 //

23 //

24 //

25 //

26

Stipulation to Continue Hearing
No. *CR 08-0465 MAG (BZ)*                    1

1      All parties are available on the requested date.

2      IT IS SO STIPULATED.

3

4 Dated: August 12, 2008            _____/s/_____
                                                      RONALD C. TYLER

5                                                       Assistant Federal Public Defender

6 Dated: August 12, 2008            _____/s/_____
                                                      WENDY M. THOMAS

7                                                       Special Assistant United States Attorney

8

9

10                                  **[PROPOSED] ORDER**

11      GOOD CAUSE APPEARING, it is hereby ORDERED that the status hearing in the

12 aforementioned matter currently set for Wednesday, August 20, 2008 at 1:30 p.m. shall be

13 continued to September 24, 2008 at 1:30 p.m.

14

15      **IT IS SO ORDERED**.

16

17 Dated:_____           _____
                                                      THE HONORABLE BERNARD ZIMMERMAN

18                                                      UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26