Case 3:08-cr-00465-MAG    Document 2    Filed 08/12/2008    Page 1 of 2

1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
6  Counsel for Defendant OKEGBEDURU

**RECEIVED**
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) No. CR 08-0465 MAG (BZ) |
| 12 | Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | | ) **ORDER TO CONTINUE HEARING** |
| 13 | vs. | ) |
| 14 | DARLINGTON U. OKEGBEDURU, | ) |
| 15 | Defendant. | ) |

17   Defendant and the government, through their respective counsel, hereby stipulate that,
18 subject to the court's approval, the status hearing in the above-captioned matter, presently
19 scheduled for Wednesday, August 20, 2008, at 1:30 p.m. be continued to September 24, 2008, at
20 1:30 p.m. The reason for the continuance is that defense counsel will be out of the office on leave
21 on the date presently set.
22 //
23 //
24 //
25 //
26

Stipulation to Continue Hearing
No. *CR 08-0465 MAG (BZ)*                    1

1  All parties are available on the requested date.

2  IT IS SO STIPULATED.

3

4  Dated:   August 12, 2008          _____/s/_____
                                     RONALD C. TYLER
5                                    Assistant Federal Public Defender

6  Dated:   August 12, 2008          _____/s/_____
                                     WENDY M. THOMAS
7                                    Special Assistant United States Attorney

8

9

10                            **[PROPOSED] ORDER**

11      GOOD CAUSE APPEARING, it is hereby ORDERED that the status hearing in the

12  aforementioned matter currently set for Wednesday, August 20, 2008 at 1:30 p.m. shall be

13  continued to September 24, 2008 at 1:30 p.m.

14
    **IT IS SO ORDERED**.
15

16
                                     _____
17  Dated: 14 Aug 08                  THE HONORABLE BERNARD ZIMMERMAN
18                                   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

Stipulation to Continue Hearing
No. *CR 08-0465 MAG (BZ)*                  2