IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DARLINGTON OKEGBEDURU, ) <br> ) <br> Defendant. ) <br> ) | No. CR 08-0465 MAG <br><br> STIPULATION AND ORDER MODIFYING CONDITIONS OF PROBATION |

**STIPULATION**

This matter came on for sentencing on February 25, 2009. Mr. Okegbeduru was placed on probation for a period of three years. The standard conditions of probation include a requirement that the defendant receive permission from his probation officer before traveling outside of this judicial district. The Probation Officer has alerted defense counsel of the fact that Mr. Okegbeduru will need to travel to the Eastern District of California on a weekly basis to visit his daughter. The Probation Officer recommends, rather than obtaining weekly travel permits for the entirety of his probationary term, that the defendant request that the Court modify his terms of probation to permit travel to the Eastern District without prior permission from the Probation Office. The United States does not oppose this recommended modification. Defense counsel avers that the Probation Officer also has no objection to this request.

STIP & ORDER MODIFYING CONDITIONS OF PROBATION
*United States v. Okegbeduru*
CR 08-0465 MAG

It is so stipulated.

DATED:  February 26, 2009          /s/_____
RONALD TYLER
Assistant Federal Public Defender
Counsel for Darlington Okegbeduru

DATED:  February 26, 2009          /s/_____
WENDY THOMAS
Assistant United States Attorney

**ORDER**

For the foregoing reasons, the defendant's conditions of probation are modified as follows: The defendant may travel to the Eastern District of California without prior permission from his probation officer. In all other respects, the defendant's sentence remains as announced in open court and as set forth in the Judgment and Commitment Order.

IT IS SO ORDERED.

DATED:  February 27, 2009          _____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE